**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

Julie D. Podlesni
Special Assistant United States Attorney
Julie.D.Podlesni@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4973
MAIN: 410-209-4800
FAX: 410-962-0716

---

May 1, 2014

**VIA ECF**
The Honorable J. Frederick Motz
United States District Judge

    Re:    Joint Status Report in *United States v. Michael Wesley Lee, et al.*, JFM-13-0678

Dear Judge Motz:

    Counsel for the Government and the Defendants Michael Lee and Robert Downing hereby submit this status report to the Court in compliance with the Court's February 27, 2014 paperless order (D.E. 22) granting the Consent Motion to Exclude Time Pursuant to the Speedy Trial Act and Tolling Under 18 U.S.C. § 3161(h)(1) & (7) (D.E. 21) filed by the Government on February 26, 2014. On April 30, 2014, counsel for all parties participated in a joint conference call to discuss the status of the case, during which they came to an agreement about the need for a scheduling conference and proposed deadlines, which requests and proposals are presented herein for the Court's consideration and approval.

    As the Government proffered in that motion, a superseding indictment – charging one of those additional parties believed to be involved (now-defendant Downing) – was sought and returned by the grand jury on March 5, 2014. Downing made his initial appearance on March 27, 2014 and was ordered detained and arraigned on April 1, 2014. As also discussed in that Motion, this sex trafficking investigation is ongoing, and voluminous, complex materials have been and will continue to be received, reviewed, redacted, and produced to counsel for both defendants, who will then need additional time to review those materials and prepare adequately for trial.

    While counsel for Defendant Lee filed motions on his behalf on April 16, 2014 (D.E. 39-42) in accordance with the deadlines set forth in that motion, all parties agree that an extension of time of the Government's response is necessary and would materially aid not only the Court's consideration of the issues raised therein, but also the possible resolution of this case short of trial. Those motions – due only days after Defendant Downing was arraigned – implicate Downing's interests and cannot be addressed fully and appropriately without his counsel having time to review discovery and join those motions or file his own. Likewise, the Government can respond, the parties can reply, and the Court can consider all such briefing more effectively and efficiently if the briefing schedule is consolidated. Finally, counsel discussed the possibility of resolving this matter short of trial and expressed a desire to build additional time into this schedule to allow for further discussions and negotiations related to a potential plea agreement. The parties believe that this matter is now ripe for a scheduling conference, and during the conference call, they agreed as to certain proposed deadlines.

Accordingly, the parties jointly respectfully request the following:

1. that the Court set this case for a telephonic scheduling conference, to be initiated by the Government at a time and date convenient to the Court;

2. that the motions schedule be amended as follows:
   a. a motions deadline of on or before **July 31, 2014**,
   b. any response thereto due on or before **September 15, 2014**;
   c. any replies thereto be filed on or before **October 17, 2014**;

3. that further dates be set during that scheduling conference, including a motions hearing date in December of 2014 and a date to begin the trial(s) – expected to last a total of two to three weeks – in 2015.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By: _____
Julie D. Podlesni
Special Assistant United States Attorney
Sandra Wilkinson
Assistant United States Attorney

_____ by permission
Premal Dharia, Esq.
Brendan Hurson, Esq.
Counsel for Defendant Michael Wesley Lee

_____ by permission
Michael D. Montemarano, P.A.
Counsel for Defendant Robert Downing