SW/PCM: USAO# 2013R00774

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

BY _____ * DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. JFM-13-0678** |
| **v.** | |
| **MICHAEL WESLEY LEE,** *a/k/a* **"King P," and** **ROBERT DOWNING,** *a/k/a* **"Luck,"** *a/k/a* **"Shamrock,"** | **(Use of Interstate Facility to Promote and Facilitate Prostitution Business, 18 U.S.C. § 1952(a); Sex Trafficking Conspiracy, 18 U.S.C. § 1594; Interstate Transportation for Prostitution, 18 U.S.C. § 2421(a); Sex Trafficking by Force, Fraud, or Coercion, 18 U.S.C. § 1591; Coercion and Enticement, 18 U.S.C. § 2422(a); Aiding & Abetting, 18 U.S.C. § 2; Forfeiture Allegation, 18 U.S.C. § 1594(d)&(e))** |
| **Defendants.** | |

\*\*\*\*\*\*\*

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE
(Use of Interstate Facility to Promote and Facilitate Prostitution Business)

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to this Indictment:

1.      Defendant **MICHAEL WESLEY LEE,** *a/k/a* **"King P,"** was born in 1984 and lived in various locations to include New York City, New York and Odenton, Maryland.

2.      Defendant **ROBERT DOWNING,** *a/k/a* **"Luck,"** *a/k/a* **"Shamrock"**, was born in 1969 and lived in Odenton, Maryland.

3.      **LEE** was a pimp who used social media websites such as "Tagged" and "Backpage" to persuade and entice females to engage in commercial sex acts for his personal financial benefit. **LEE** used coercion, force, and threats of force to maintain control over the

1

financial benefit. **LEE** used coercion, force, and threats of force to maintain control over the females. **LEE** and **DOWNING** used postings and advertisements in Backpage to facilitate commercial sex services on Backpage, and **LEE** used Tagged to communicate regarding his prostitution business.

4.      Both **LEE** and **DOWNING** rented or arranged the rental of hotel rooms to house the females and to serve as a place in which the prostitution business could operate.

5.      Both **LEE** and **DOWNING** used prepaid gift and debit cards like Green Dot cards, RushCards, and Vanilla Visa Gift Cards in their prostitution business, buying (or causing others to buy) such cards with cash from the sexual transactions of their prostitution business and using those cards to pay for their advertisements for commercial sex services on websites like Backpage.

6.      Both **LEE** and **DOWNING** used and attempted to use cellular telephones to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, or carrying on, of their prostitution business, including: (a) persuading, inducing, and enticing, and facilitating individuals to travel in interstate commerce to engage in prostitution or in sexual activity for which any person can be charged with a criminal offense; (b) to take and receive photographs for use in advertisements for commercial sex services; (c) to compose, post, and buy advertisements for commercial sex services; and (d) to communicate regarding their prostitution businesses, with each other, with clients, and with the females they were prostituting.

7.      In or about February 2013, **LEE** transported a female (hereinafter referred to by the initial "J") from New York to Maryland with the intent that "J" engage in prostitution.

8.      In or about August 2013, **LEE** persuaded, induced, and enticed a female (hereinafter referred to by the initial "S") to travel from Missouri to Maryland for the purpose of

-2-

engaging in prostitution. On or about August 9, 2013, **LEE** arranged for the transportation of "S" from Missouri to Maryland with the intent that "S" engage in prostitution.

9.     On or about August 19, 2013, **LEE** transported "S" from Maryland to New Jersey for the purpose of engaging in prostitution.

10.     In or about August 2013, **LEE** persuaded, induced, and enticed a female (hereinafter referred to by the initial "M") to take up temporary residence in a hotel in Maryland for the purpose of engaging in prostitution.

11.     In or about the Fall 2013, while LEE was incarcerated, **DOWNING** persuaded, induced and enticed a female (hereinafter referred to by the initials "MS") to engage in commercial sex acts to earn money for **LEE**.

**The Charge**

12.     Beginning as early as 2012 and continuing through on or about December 2013, in the District of Maryland, the Eastern District of Missouri, the Southern and Eastern Districts of New York, the District of New Jersey, and elsewhere, the defendants,

**MICHAEL WESLEY LEE,**
*a/k/a* **"King P,"**
**and**
**ROBERT DOWNING,**
*a/k/a* **"Luck,"** *a/k/a* **"Shamrock,"**

traveled in interstate and foreign commerce and used a facility in interstate and foreign commerce, namely the Internet, cellular telephones, hotels and prepaid debit and gift cards, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a business enterprise involving prostitution in violation of the laws of the State of Maryland, to include MD Code, Criminal Law, §§ 11-303, 11-304, and of the United States, and thereafter performed and attempted to

-3-

perform an act to promote, manage, establish and carry on, and to facilitate the promotion,

management, establishment and carrying on of such unlawful activity.

18 U.S.C. § 1952(a)
18 U.S.C. § 2

## COUNT TWO
(Conspiracy to Commit Sex Trafficking by Force, Fraud and Coercion)

The Grand Jury for the District of Maryland further charges that:

1.     The allegations contained in Paragraphs 1 through 11 of Count One are incorporated by reference here.

2.     Beginning in or about February 2013 and continuing through August 2013, in the District of Maryland and elsewhere, the defendants,

**MICHAEL WESLEY LEE,**
*a/k/a* **"King P,"**
**and**
**ROBERT DOWNING,**
*a/k/a* **"Luck,"** *a/k/a* **"Shamrock,"**

did knowingly and intentionally combine, conspire, confederate and agree together with each other and others known and unknown to the Grand Jury to violate Title 18, United States Code, Section 1591(a); that is:  knowingly, and in or affecting interstate commerce, recruiting, enticing, harboring, transporting, providing, obtaining, or maintaining by any means a person; or knowingly benefitting, financially or by receiving anything of value, from participation in a venture which has engaged in such an act, as to either, while knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause the person to engage in a commercial sex act.

### MANNER AND MEANS OF THE CONSPIRACY

3.     It was part of this conspiracy that **LEE** and **DOWNING** discussed and facilitated the promotion, management, establishment and carrying on of the prostitution of "J."

4.     It was further part of this conspiracy that, after **LEE** was detained for assaulting "J," **DOWNING** transported "J" away from the scene of the assault and to a hotel for the purpose of having her engage in prostitution.

5.      It was further a part of the conspiracy that **LEE** and **DOWNING** agreed that the proceeds, or a portion thereof, of the prostitution of "J" would be used to secure **LEE**'s release from detention.

6.      It was further part of this conspiracy that **LEE** directed **DOWNING** never to leave "J" alone in a room in order to prevent her escape.

7.      It was further a part of the conspiracy that both **LEE** and **DOWNING** were knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means had been and would continue to be used to cause "J" to engage in a commercial sex act.

18 U.S.C. § 1594

## COUNT THREE
(Interstate Transportation for Prostitution)

The Grand Jury for the District of Maryland further charges that:

1.      The allegations contained in Paragraphs 1 through 11 of Count One and in

Paragraphs 3 through 7 of Count Two are incorporated by reference here.

2.      In or about February 2013, in the District of Maryland, the Eastern District of

New York and elsewhere, the defendant,

**MICHAEL WESLEY LEE,**
*a/k/a* **"King P,"**

did knowingly and intentionally transport, and aid and abet the transportation of an individual,

that is, "J", in interstate commerce with the intent that such individual engage in prostitution and

in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. § 2421(a)
18 U.S.C. § 2

## COUNT FOUR
(Sex Trafficking by Force, Fraud and Coercion)

The Grand Jury for the District of Maryland further charges that:

1.      The allegations set forth in Paragraphs 1 through 11 of Count One and in

Paragraphs 3 through 7 of Count Two are incorporated by reference here.

2.      In or about February 2013, in the District of Maryland, the Eastern District of

New York, and elsewhere, the defendant,

### MICHAEL WESLEY LEE,
*a/k/a* **"King P,"**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor,

transport, provide, obtain, and maintain by any means a person, namely, "J", and did benefit

financially and by receiving anything of value from participation in a venture engaged in such

acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud

and coercion as defined in Title 18, United States Code, Section 1591(e)(2), and any combination

of such means, would be used to cause "J" to engage in a commercial sex act, and attempted to

do said acts in violation of 18 U.S.C. § 1591(a).

18 U.S.C. §§ 1591(a) and 1594
18 U.S.C. § 2

## COUNT FIVE
(Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:-

1.      The allegations set forth in Paragraphs 1 through 11 of Count One are

incorporated by reference here.

2.      In or about August 2013, in the District of Maryland, the Eastern District of

Missouri, and elsewhere, the defendant,

**MICHAEL WESLEY LEE,**
*a/k/a* **"King P,"**

did knowingly persuade, induce, entice, and coerce an individual, that is, "S", to travel in

interstate commerce to engage in prostitution and in any sexual activity for which any person can

be charged with a criminal offense.

18 U.S.C. § 2422(a)
18 U.S.C. § 2

## COUNT SIX
(Interstate Transportation for Prostitution)

The Grand Jury for the District of Maryland further charges that:

1.     The allegations contained in Paragraphs 1 through 11 of Count One are

incorporated by reference here.

2.     On or about August 10, 2013, in the District of Maryland, the Eastern District of

Missouri and elsewhere, the defendant,

**MICHAEL WESLEY LEE,**
*a/k/a* **"King P,"**

did knowingly and intentionally transport, and aid and abet the transportation of an individual,

that is, "S", in interstate commerce with the intent that such individual engage in prostitution and

in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. § 2421(a)
18 U.S.C. § 2

## COUNT SEVEN
(Sex Trafficking by Force, Fraud and Coercion)

The Grand Jury for the District of Maryland further charges that:

1.      The allegations set forth in Paragraphs 1 through 11of Count One are incorporated by reference here.

2.      In or about August 2013, in the District of Maryland, the Eastern District of New York, and elsewhere, the defendant,

## MICHAEL WESLEY LEE,
*a/k/a* **"King P,"**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, "M", and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause "M" to engage in a commercial sex act, and attempted to do said acts in violation of 18 U.S.C. § 1591(a).

18 U.S.C. §§ 1591(a) and 1594
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to defendants,

**MICHAEL WESLEY LEE,**
*a/k/a* "**King P,**" and
**ROBERT DOWNING,**
*a/k/a* "**Luck,**" *a/k/a* "**Shamrock,**"

that the United States will seek forfeiture as part of any sentence in accordance with Title 18,

United States Code, Sections 1594(d) and (e) in the event of the defendants' convictions on

Counts Two, Four and Seven of this Second Superseding Indictment to include any and all

property, real or personal, used and intended to be used to commit and facilitate said violations

and any property, real and personal, which constitutes and is derived from proceeds traceable to

said violations.

18 U.S.C. § 1594
18 U.S.C. § 981

_Rod J. Rosenstein_
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**   _2/4/15_
Date